cal n/a

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. SMITH, an individual, ROBERT C. SMITH dba NIGHTCLUB SECURITY CONSULTANTS,<br><br>              Plaintiff,<br>v.<br><br>MARK SULLIVAN, an individual, THE CITY OF SAN DIEGO, THE SAN DIEGO POLICE DEPARTMENT, and DOES 1-10, inclusive,<br><br>              Defendants. | Civil No.05cv1860 LAB (AJB)<br><br>Order Following Case Management Conference |

On September 25, 2006, the Court convened a *telephonic* Case Management Conference in the above entitled action. Appearing were Olga Alvarez, Esq. for Plaintiff and John Riley, Esq. for Defendant.

Counsel have complied with their Rule 26 initial disclosure obligations and indicate the case is ready for scheduling. A schedule was developed with assistance of counsel taking the case through the final Pre-trial Conference. The Scheduling Order will be issued separately.

IT IS SO ORDERED.

DATED: September 25, 2006

                                                     Hon. Anthony J. Battaglia
                                                     U.S. Magistrate Judge
                                                   United States District Court