1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

11 | ROBERT C. SMITH, an individual,      CASE NO. 05cv1860-LAB (AJB)
ROBERT C. SMITH dba NIGHTCLUB

12 | SECURITY CONSULTANTS,      **ORDER GRANTING JOINT MOTION FOR DISMISSAL**

13 |            Plaintiffs,

     [Dkt No. 25]

14 |     vs.

15 | MARK SULLIVAN, an individual, THE
CITY OF SAN DIEGO, THE SAN DIEGO

16 | POLICE DEPARTMENT, and DOES 1-10,
inclusive,

17 |            Defendants.

18      Pursuant to the parties' Joint Motion For Dismissal, **IT IS HEREBY ORDERED** this action

19 is dismissed in its entirety, with prejudice, as to all claims and all parties.

20      **IT IS SO ORDERED**.

21 DATED:  May 17, 2007

22

23                        **HONORABLE LARRY ALAN BURNS**
                       United States District Judge

24
25
26
27
28

05cv1860